IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Morgan Cole, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ModProducts,LLC,<br><br>Defendant. | Case No. 1:26-cv-03637<br><br>Hon. John F. Kness |

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that the parties have reached an agreement in principle resolving all claims in this action. The parties are currently finalizing the written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within sixty (60) days, or sooner.

In light of the settlement, Plaintiff respectfully requests that the Court vacate the Rule 16 conference currently scheduled for August 6, 2026, and permit the parties sixty (60) days to finalize the settlement and file their dismissal papers.

Dated: August 5, 2026

**/s/ David B. Reyes____________**
By: David B. Reyes, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N
Brooklyn, NY 11234
O: 844-731-3343
D: 718-554-0237
Email: dreyes@ealg.law
*Attorneys for Plaintiff*